1  Assistant U.S. Attorney
   501 I Street, Suite 10-100
2  Sacramento, California  95814
   Telephone: (916) 554-2700
3



SEALED FILED

OCT 27 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| In re Search Warrant | ) | Misc no. |
|---|---|---|
| [sealed] | ) | ORDER |
| | ) | 2:08 - SW  465  KJM |

The Court hereby orders that Search Warrant; Affidavit; and face pages, in this matter, as well as this Application for Sealing Order, Declaration, and Order, in the above-referenced case, shall be sealed until further order of the Court.

DATED: 10/27, 2008

                                    HON. KIMBERLY A. MUELLER
                                    U.S. Magistrate Judge