1  McGREGOR W. SCOTT
   United States Attorney
2  ROBIN R. TAYLOR
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700




IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )   08-SW 465 KJM
                                )
        Plaintiff,               )   APPLICATION FOR UNSEALING
                                )   ORDER; AND ORDER
                                )
   v.                            )
                                )
IVY LAST NAME UNKNOWN,          )
                                )
        Defendant.               )
                                )

On October 27, 2008, a search warrant was filed, under seal, in the above-referenced case. Since the search warrant has been executed, it is no longer necessary for the Search Warrant, Application, Affidavit and related documents to remain sealed. Thus, the government respectfully requests that they be unsealed.

DATED: October 29, 2008          McGREGOR W. SCOTT
                                 United States Attorney

                                 By /s/ Robin R. Taylor
                                 ROBIN R. TAYLOR
                                 Assistant U.S. Attorney

1

Unsealing Application & Order
Page 2

**ORDER**

SO ORDERED:

DATED: October 29, 2008

_____
HON. KIMBERLY MUELLER
United States Magistrate